**SPENCER FANE LLP**
Mary E. Bacon (No. 12686)
300 S. Fourth Street, Suite 950
Las Vegas, NV 89101
Telephone: (702) 408-3411
Facsimile: (702) 408-3401
E-mail: rjefferies@spencerfane.com
        mbacon@spencerfane.com

*Attorneys for Defendant Fairway Capital Recovery, LLC*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| OSCAR S. CABRERA <br><br> Plaintiff, <br><br> v. <br><br> FAIRWAY CAPITAL RECOVERY, LLC. <br><br> Defendant. | CASE NO: 2:19-cv-00319-JCM-NJK <br><br> **STIPULATION FOR EXTENSION OF TIME FOR FAIRWAY CAPITAL RECOVERY, LLC TO FILE A RESPONSE TO PLAINTIFF'S COMPLAINT** <br><br> **(FIRST REQUEST)** |

The parties, by and through their respective undersigned counsel, stipulated and agree that Defendant Fairway Capital Recovery, LLC ("Fairway") may have an additional ten (10) days, until May 30, 2019, to file a response to Plaintiff's Complaint:

1. Defense counsel was just engaged to handle this case and has not completed its review of the relevant documents and its investigation of the facts.

2. Plaintiff agreed to provide a ten (10) day extension to allow Defense counsel to an opportunity to meaningfully respond to Plaintiff's complaint.

3. Plaintiff and Defendant are the only two parties to this action, so no other party will be prejudiced by this stipulation.

1       For the foregoing reasons, the parties respectfully requests that the Court grant

2   Fairway a ten (10) day extension to file its response to Plaintiff's Complaint.

3   Dated this 20th day of May, 2019.        Dated this 20th day of May, 2019.

4

**HAINES & KRIEGER, LLC**        **SPENCER FANE LLP**

5

6   /s/ David H. Krieger         /s/ Mary E. Bacon
    David H. Krieger, Esq.       Mary E. Bacon, Esq. #12686
    8985 S. Eastern Ave., Suite 350    300 S. Fourth Street, Suite 950

7   Henderson, NV 89123        Las Vegas, NV 89101
    *Attorneys for Plaintiff*       *Attorneys for Defendant Fairway*

8                       *Capital Recovery, LLC .*

9

10

11

12

13

14   IT IS SO ORDERED.
     Dated:  May 21, 2019

15   .

16   .
     _____

17   Nancy J. Koppe
     United States Magistrate Judge

18

19

20

21

22

23

24

25

26

PH 168679.1