# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| OSCAR CABRERA,<br><br>    Plaintiff(s),<br><br>v.<br><br>FAIRWAY CAPITAL RECOVERY, LLC,<br><br>    Defendant(s). | Case No.: 2:19-cv-00319-JCM-NJK<br><br>**ORDER** |

On October 16, 2019, Plaintiff filed a notice of settlement indicating that dismissal papers would be filed within 60 days. Docket No. 18. Dismissal papers have not been filed. Accordingly, dismissal papers must be filed no later than November 9, 2020.

IT IS SO ORDERED.

Dated: October 26, 2020

_____
Nancy J. Koppe
United States Magistrate Judge

1