# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| CLEANGO GREENGO INC.,<br><br>　　Plaintiff(s),<br><br>v.<br><br>UNITED STATES PATENT AND TRADEMARK OFFICE,<br><br>　　Defendant(s). | Case No.: 2:20-cv-01334-JCM-NJK<br><br>**ORDER** |

On July 28, 2020, Plaintiff was ordered to file a certificate of interested parties by July 31, 2020.  Docket No. 4.  To date, Plaintiff has not done so.  Plaintiff is hereby **ORDERED** to file a certificate of interested parties by November 2, 2020.  **Failure to comply with this order may result in the imposition of sanctions.**

　　IT IS SO ORDERED.

　　Dated: October 26, 2020

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Nancy J. Koppe
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge