# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

OSCAR CABRERA,

    Plaintiff(s),

v.

FAIRWAY CAPITAL RECOVERY, LLC,

    Defendant(s).

Case No.: 2:19-cv-00319-JCM-NJK

**ORDER TO SHOW CAUSE**

On October 16, 2019, Plaintiff filed a notice of settlement indicating that dismissal papers would be filed within 60 days. Docket No. 18. On October 26, 2020, the Court ordered the parties to file dismissal papers by November 9, 2020. Docket No. 20. The parties have still not filed dismissal papers. Accordingly, the Court hereby **ORDERS** the parties and their counsel of record to show cause in writing, no later than November 25, 2020, why sanctions should not be imposed in the form of Court fines of up to $2,500 each. *See, e.g.*, Fed. R. Civ. P. 16(f).

This order to show cause will be deemed automatically discharged without the need to respond if dismissal papers are filed by November 25, 2020.

IT IS SO ORDERED.

Dated: November 12, 2020

                                            Nancy J. Koppe
                                            United States Magistrate Judge