George Haines, Esq.
Nevada Bar No. 9411
FREEDOM LAW FIRM, LLC
8985 S. Eastern Avenue, Suite 350
Las Vegas, Nevada 89123
Phone: (702) 880-5554
FAX: (702) 385-5518
Email: Ghaines@freedomlegalteam.com
*Attorney for Plaintiff, Oscar Cabrera*

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| Oscar Cabrera, <br><br> Plaintiff, <br><br> v. <br><br> Fairway Capital Recovery, LLC, <br><br> Defendant. | Case No. 2:19-cv-00319-JCM-NJK <br><br> **STIPULATION AND ORDER DISMISSING ACTION WITH PREJUDICE AS TO FAIRWAY CAPITAL RECOVERY, LLC.** |

Plaintiff OSCAR CABRERA and Defendant, FAIRWAY CAPITAL RECOVERY, LLC. hereby stipulate and agree that the above-entitled action shall be dismissed ***with prejudice*** in accordance with Fed. R. Civ. P. 41 (a)(2) as to, and **ONLY as to, FAIRWAY CAPITAL RECOVERY, LLC.**

////
////
////
////
////

Each party shall bear its own attorney's fees, disbursements, and costs of suit.

Dated: November 24, 2020

| By: | By: |
|---|---|
| /s/*George Haines, Esq.* | /s/*Mary E. Bacon* |
| George Haines, Esq. | Mary E. Bacon, Esq. |
| Nevada Bar No. 9411 | Nevada Bar No. 12686 |
| FREEDOM LAW FIRM, LLC | SPENCER FANE, LLP. |
| 8985 S. Eastern Avenue | 300 S. Fourth Street, Suite 950 |
| Suite 350 | Las Vegas, NV 89101 |
| Las Vegas, Nevada 89123 | *Attorney for Defendant,* |
| *Attorney for Plaintiff,* | *FAIRWAY CAPITAL RECOVERY,* |
| *Oscar Cabrera* | *LLC.* |

**ORDER**

IT IS SO ORDERED

_____
UNITED STATES DISTRICT JUDGE

DATED: December 4, 2020